# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 106 MM 2015
:
               Respondent : 
:
:
:
              v. :
:
:
:
WILLIAM JOSEPH KEMP, :
:
              Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW,** this 27th day of August, 2015, the Petition to Exceed Word Count Limitation is **DENIED**.